**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00249-CV**
_____

**MONTGOMERY COUNTY, TEXAS, Appellant**

**V.**

**GWR FARRINGTON, LLC, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-02-02291-CV**

**MEMORANDUM OPINION**

Appellant Montgomery County, Texas filed a motion to dismiss this accelerated appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on June 23, 2021
Opinion Delivered June 24, 2021

Before Golemon, C.J., Kreger and Horton, JJ.